**BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW LLP**
  Norman B. Blumenthal (State Bar #068687)
  Kyle R. Nordrehaug (State Bar #205975)
  Aparajit Bhowmik (State Bar #248066)
2255 Calle Clara
La Jolla, CA 92037
Telephone: (858)551-1223
Facsimile: (858) 551-1232

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JAUREGUI and JAVIER DEL REAL, individuals, on behalf of themselves and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CYTEC ENGINEERED MATERIALS INC., a Delaware corporation, CYTEC INDUSTRIES INC., a Delaware corporation, CYTEC AEROSPACE MATERIALS (CA) INC., a California corporation, CYTEC PROCESS MATERIALS (CA) INC., a Delaware corporation, SOLVAY USA INC., a Delaware corporation, SOLVAY CHEMICALS, INC., a Delaware corporation, and DOES 1 through 50, inclusive,<br><br>Defendant. | CASE No. **8:20-cv-02440-DOC-DFMx**<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT**<br><br>Hearing Date: April 25, 2022<br>Hearing Time: 8:30 a.m.<br><br>District Judge: Hon. David O. Carter<br>Ronald Reagan Federal Building and United States Courthouse<br>Courtroom 9D |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE THAT** on April 25, 2022, at 8:30 a.m. in the United States District Court for the Central District of California, located at the Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Santa Ana, CA 92701, in Courtroom 9D before the Honorable David O. Carter, Plaintiffs Jose Jauregui and Javier Del Real ("Plaintiffs") will move for final approval of the proposed class settlement with Defendants Cytec Engineered Materials Inc., Cytec Industries Inc., Cytec Aerospace Materials (CA) Inc., Cytec Process Materials (CA) Inc., Solvay USA Inc., and Solvay Chemicals, Inc. ("Defendants").

This motion is brought in accordance with the Order dated January 7, 2022 (Doc. No. 52.) and Fed. R. Civ. P. Rule 23(h).  This motion is unopposed and based on the Class Action Settlement Agreement ("Settlement" or "Agreement")  between the parties filed concurrently with this motion. There have been no objections to the Settlement by any member of the Class.

The motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, the Declaration of Norman Blumenthal and attached exhibits, the Declaration of the Plaintiffs, the Declaration of the Settlement Administrator (to be filed after March 28, 2022), the argument of counsel and upon such other material contained in the file and pleadings of this action.

Respectfully submitted,

Dated: March 28, 2022        BLUMENTHAL NORDREHAUG BHOWMIK DE BLOUW

By:      */s/ Kyle Nordrehaug*
Norman B. Blumenthal
Kyle R. Nordrehaug
Attorneys for Plaintiffs